JACOB BELSKY, respondent,

*v.*

FRED G. LOEFFLER, appellant.

[Decided September 22d, 1937.]

*Mr. Emil Walscheid,* for the respondent.

*Mr. John W. Ockford,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *120 N. J. Eq. 352.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.